U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED  MAR 20 2025
CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**INDICTMENT FOR POSSESSION OF A FIREARM
BY A CONVICTED FELON AND NOTICE OF FORFEITURE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 25-13-BAJ-SDJ |
| | : | |
| versus | : | 18 U.S.C. § 922(g)(1) |
| | : | 18 U.S.C. § 924(d) |
| DARVION LATHERS | : | 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

On or about November 20, 2024, in the Middle District of Louisiana, **DARVION LATHERS**, defendant herein, knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, a felony, did knowingly possess a firearm, that is, a Romarm Cugir, Model GP WASR 7.62x39 semiautomatic rifle, bearing serial number 1973EU1833, which firearm previously had been shipped and transported in interstate and foreign commerce.

The above is a violation of Title 18, United States Code, Section 922(g)(1).

**NOTICE OF FORFEITURE**

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense contained in this Indictment, **DARVION LATHERS**, defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearm and ammunition

USA Sealed Group and USM with Warrant
USPO

involved or used in the commission of the offense, including, but not limited to, a Romarm Cugir, model GP WASR 7.62x39 semiautomatic rifle, bearing serial number 1973EU1833.

| | |
|---|---|
| UNITED STATES OF AMERICA, BY | A TRUE BILL |
| */s/ Elliin C. Z. EAUSA*<br>For APRIL M. LEON<br>ACTING UNITED STATES ATTORNEY<br>MIDDLE DISTRICT OF LOUISIANA | **REDACTED PER PRIVACY ACT**<br>GRAND JURY FOREPERSON |
| */s/ Robert Piedrahita*<br>ROBERT W. PIEDRAHITA<br>ASSISTANT UNITED STATES ATTORNEY | 3/20/25<br>DATE |

## Criminal Cover Sheet — U.S. District Court

**Place of Offense:**

City: Baton Rouge, Louisiana

County/Parish: East Baton Rouge Parish

*Investigating Agency: ATF

*Agent: Jacob Drummond (TFO)

**Matter to be sealed:** ✓ Yes ☐ No

Related Case Information:

Superseding ☐   Docket Number _____
Same Defendant ☐   New Defendant ☐

Magistrate Case Number: _____
Search Warrant Case No.: _____
R 20/ R 40 from District of: _____
Any Other Related Cases: _____

**Defendant Information:**

Defendant Name: Darvion Lathers

Alias: _____

Address: _____

DOB: _____  SS / Alien#: _____  Sex: ___  Race: _____  Nationality: _____

**U.S. Attorney Information:**

AUSA: Robert W. Piedrahita    Bar #: LBN 10989

Interpreter: ☐ Yes ✓ No    List language and/or dialect: _____

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations:**

Total # of Counts: 1

**Mandatory Minimum Charged?** ☐ Yes ✓ No

| Code | Description of Offense Charged | Count(s) | Petty/Misdemeanor/Felony |
|---|---|---|---|
| 18:922(g)(1) | Possession of a Firearm by a Convicted Felon | 1 | Felony |

(May be continued on second sheet)

Date: 3/20/25    Signature of AUSA: [signature]